UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUNDRA STANLEY, MALCOM
MOULTON, CHARLES HUNTER,
BETTY COMPTON, MARCIA BROWN,
TANSLEY ANN CLARKSTON, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.                                                             Case No. 04-74654

UNITED STATES STEEL COMPANY,                HONORABLE AVERN COHN

    Defendant.

_____/

**ORDER CERTIFYING CLASS ACTION**

On March 17, 2006, the Court entered a decision styled Amended Decision Certifying Case as a Class Action. This order implements and supplements the Decision.

1. Class certification is GRANTED pursuant to Fed. R. Civ. P. 23(a) and (b)(3) as to Count I, Count II, and Count III of the Second Amended Master Class Action Complaint to all individual plaintiffs against U.S. Steel in this consolidated case.

2. The class is defined as:

All persons natural either (a) owning real and personal property within the geographic boundary of the cities of River Rouge and Ecorse, or (b) residing within the geographic boundary of the cities of River Rouge and Ecorse and owning personal property, anytime after May 20, 2003. Damage to real and personal property not situated within the cities of River Rouge and Ecorse is excluded.

Excluded from the class are: (1) Defendant, any entity in which Defendant has a controlling interest or which has a controlling interest in Defendant, and

Defendant's legal representatives, predecessors, successors, and assigns; (2) the judicial officers to whom this case is assigned; (3) all managers and supervisors at the steel mill; (4) government entities; and (5) any member of the immediate family of excluded persons.

The damages sought in this case are limited to those suffered or incurred on or after May 20, 2003.

3.  The case shall continue until further order of the Court as a single unified class action.

4.  Oundra Stanley, Malcolm Moulton, Karen Ward, Charles Hunter, Betty Compton, Marcia Brown, and Tansley Ann Clarkston are adequate class representatives and are appointed to represent the class of individuals meeting the class definition.

5.  Jason Thompson of Charfoos & Christensen, P.C., and Peter Macuga of Macuga & Liddle, P.C., are adequate counsel and are appointed to represent the class of persons meeting the definition.

6.  The requirements of Fed. R. Civ. P. 23 for certification of this case as a class action have been established by the plaintiffs.

7.  A status conference to discuss the form of notice to the class members and a discovery schedule will take place within 30 days.

SO ORDERED.


Dated:  March 17, 2006            s/Avern Cohn
                                  AVERN COHN
                                  UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2006, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                   Case Manager, (313) 234-5160