# EXHIBIT 1

```
-Display Vendor Invoices----------------------------------------------------AP0730S1-
 Vendor            :   3558  INTEGRATED ENVIRONMENTAL, INC.
 Open Invoice Balance:            .00
                                                                                    +
 Type option, press Enter.
   5=Display   14=Invoice Items   15=G/L Distributions   16=Approvals

 Opt  Invoice #       Invoice Description              Inv Date      Inv Net Amt
 ___  07302           LITIGATION                        4/25/08         8,050.64
 ___  07199           LITIGATION SUPPORT US STEEL      11/21/07        18,751.96
 ___  07360           US STEEL LITIGATION               8/31/07        29,360.32
 ___  07247           LITIGATION                        7/06/07        23,923.35

                                                                            Bottom
 F3=Exit   F4=Prompt   F7=Full Exit   F9=Reseq.   F11=View 2   F12=Cancel
```