# EXHIBIT

# 3

# Jennifer Samaha

**From:** Terry Delmotte [terryd@manhattanmailers.com]
**Sent:** Monday, July 21, 2008 10:54 AM
**To:** Jennifer Samaha
**Subject:** RE: Macuga proofs

Hi Jennifer,

Understood on the names; I do suggest doing it this way:

If there is a name, we'll address as "Joe Smith or Current Resident"

If no name, we'll use a default salutation "Current Resident".

Please confirm that's good with you.


Also, here is the final estimate:

| | |
|---|---|
| Quantity: | 7,032 |
| Print & Mail services: | $3,334.10 |
| Postage estimate: | $3,300.00 |
| Total due: | $6,634.10 |


Please remit a check for total due, payable to Manhattan Mailers. We'll send a confirming invoice and proof of mailing after the job mails.


Let me know if any questions...thanks!


Terry Delmotte
Manhattan Printers & Mailers
direct mail communications
p   586.786.6100 x23
e   terryd@manhattanmailers.com
web/ftp  www.manhattanmailers.com

-----Original Message-----
From: Jennifer Samaha [mailto:JSamaha@mlclassaction.com]
Sent: Monday, July 21, 2008 10:15 AM
To: terryd@manhattanmailers.com
Subject: RE: Macuga proofs

Terry: