# EXHIBIT A-1

```
-Display Vendor Invoices---------------------------------------------AP0730S1-
 Vendor              :    3558 INTEGRATED ENVIRONMENTAL, INC.
 Open Invoice Balance:            .00

 Type option, press Enter.
   5=Display   14=Invoice Items   15=G/L Distributions   16=Approvals

 Opt Invoice #    Invoice Description              Inv Date   Inv Net Amt
 ___ 07302        LITIGATION                        4/25/08      8,050.64
 ___ 07199        LITIGATION SUPPORT US STEEL      11/21/07     18,751.96
 ___ 07360        US STEEL LITIGATION               8/31/07     29,360.32
 ___ 07247        LITIGATION                        7/06/07     23,923.35
                                                                  Bottom
 F3=Exit    F4=Prompt    F7=Full Exit    F9=Reseq.    F11=View 2    F12=Cancel
```